# BURSOR & FISHER

P.A.

888 SEVENTH AVENUE
NEW YORK, NY 10019
www.bursor.com

NEAL J. DECKANT
Tel: 646.837.7165
Fax: 212.989.9163
ndeckant@bursor.com

December 22, 2017

*Via ECF*

The Honorable William H. Pauley III
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Cohen v. New Moosejaw, LLC and Navistone, Inc.*, Case No. 1:17-cv-09391

Dear Judge Pauley:

I represent Plaintiff Brady Cohen in the above-referenced matter. Pursuant to Rule I(A) of Your Honor's Individual Practices, the Parties hereby submit this joint request to extend the deadline for Defendants to respond to Plaintiff's Class Action Complaint from January 2, 2018 to February 9, 2018.

Defendant New Moosejaw, LLC was served on December 12, 2017. Defendant Navistone, Inc. was served on December 11, 2017. Accordingly, their deadline to respond is on January 2, 2018, but counsel have requested an extension to February 9, 2018 to investigate the facts at issue given the holiday season and year-end.

Very truly yours,

Neal J. Deckant

CC:     All counsel of record (via ECF)

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

12-26-17