UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BRADY COHEN, individually and on behalf of others similarly situated,

                      Plaintiff,

- v -

NEW MOOSEJAW, LLC and NAVISTONE, INC.,

                      Defendants.
-----------------------------------------------------------------X

Case No. 1:17-CV-09391 (WHP)

**RULE 7.1 STATEMENT**

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant NaviStone, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

       NONE.

Dated: New York, New York
       February 26, 2018

Respectfully submitted,

MENAKER & HERRMANN LLP

By: _____
      Richard G. Menaker

*Attorneys for Defendant NaviStone, Inc.*

10 East 40th Street
New York, NY 10016
(212) 545-1900
rmenaker@mhjur.com

Of Counsel:
BRANN & ISAACSON
David W. Bertoni, Esq.
184 Main Street, #2
Lewiston, Maine 04240
*Attorneys for Defendant NaviStone, Inc.*